697 A.2d 541

G.S. v. DEPARTMENT OF HUMAN SERVICES, DIVISION
OF YOUTH AND FAMILY SERVICES.

June 30, 1997.

ORDERED that the petition for certification is granted and the
matter is remanded to the Appellate Division to consider the
Attorney General's additional contention that petitioner's action is
sustainable under *N.J.S.A.* 9:6–8.21(c)(4).

697 A.2d 541

ALLSTATE INSURANCE COMPANY v. ORTHOPEDIC
EVALUATIONS, INC.

July 11, 1997.

ORDERED that the petition for certification is granted, and the
matter is summarily remanded to the Appellate Division to consid-
er defendant's claim that its operations are covered by State
Board of Chiropractic Examiners rather than the State Board of
Medical Examiners. *See, N.J.S.A.* 45:9–41.18, 23, and 25.